Urmas Medical, PC a/a/o Jamual Douglas, Plaintiff-Respondent, -
against
MVAIC, Defendant-Appellant.




Defendant, as limited by its briefs, appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Bianka Perez, J.), entered March 20, 2019, as granted plaintiff's motion to compel discovery.




Per Curiam.
Order (Bianka Perez, J.), entered March 20, 2019, insofar as appealed from, affirmed, with $10 costs (see Precision Chiropractic, PC v MVAIC, appeal numbered 20-002, decided herewith). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 23, 2020